445 A.2d 202

Commonwealth, Appellant v. Terfinko.

Petition for Allowance of Appeal Granted Sept. 15, 1982.

Argued May 13, 1981. Henry S. Perkin, Assistant District Attorney, for Commonwealth, appellant; Lawrence B. Fox, for appellee.

Before MONTEMURO, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.

VAN der VOORT, J., concurred in the result.